**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IRVIN BERNARD GORDON,

    Petitioner,

-vs-                                                       Case No. 8:05-CV-1093-T-30TGW

WARDEN WILLIS,

    Respondent.

_____

## **ORDER**

Petitioner was an inmate in the Florida penal system when he initiated this action on June 8, 2005, by filing a Petition for Writ of Habeas Corpus (Dkt. 1) challenging a 2001 conviction for possession of a firearm by a convicted felon entered by the Tenth Judicial Circuit Court, Polk County, Florida (Dkt. 1). Respondent has filed a response to the petition (Dkt. 10) advising the Court that the Florida Department of Corrections ("FDOC") released Petitioner on July 29, 2005.[1] Petitioner filed a Notice of Change of Address on August 8, 2005 (Dkt. 4).

Information available at the Florida Department of Corrections ("DOC") Offender Information Network, viewed May 29, 2007, confirms that Petitioner's release was without supervision. It appearing that Petitioner is no longer in state custody or under FDOC supervision, the petition for writ of habeas corpus is moot.

---

[1] Despite having been afforded two opportunities to do so, Petitioner has not filed a reply to the response, *see* Dkts. 6 and 9.

**ACCORDINGLY**, the Court **ORDERS** that:

1. The habeas petition is dismissed.

2. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
*Pro Se* Petitioner/Counsel of Record
SA:jsa